**Montollie WARREN, Appellant,**

v.

**FORT DODGE CORRECTIONAL FACILITY; Mike Babcock; Karen Anderson; Cornell Smith; John Baldwin; Tom Conley, Appellees.**

No. 09–3462.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 19, 2010.

Filed: April 23, 2010.

Montollie Warren, Iowa Department of Corrections, Anamosa, IA, pro se.

William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Montollie Warren appeals the district court's[1] order granting summary judgment to Fort Dodge Correctional Facility (FDCF) and several prison officials, and denying Warren's Federal Rule of Civil Procedure 37(b) motion for a default judgment, in his pro se 42 U.S.C. § 1983 action.

Following careful de novo review, *see Rouse v. Benson,* 193 F.3d 936, 939 (8th Cir.1999), we conclude that the district court properly granted summary judgment, and we also find no abuse of discretion in the court's denial of Warren's motion for a default judgment, *see Crump v. Versa Prods., Inc.,* 400 F.3d 1104, 1110 (8th Cir.2005) (standard of review for denial of Rule 37 motion for sanctions). Accordingly, we affirm. *See* 8th Cir. R. 47B. However, we modify the dismissal of FDCF to be with prejudice. *See Monroe v. Ark. State Univ.,* 495 F.3d 591, 594 (8th Cir.2007) (Eleventh Amendment bars claims against state agencies for any kind of relief); *Tex. Cmty. Bank, N.A. v. Mo. Dep't of Soc. Servs., Div. of Med. Servs.,* 232 F.3d 942, 943 (8th Cir.2000) (where Eleventh Amendment barred suit, state agency was entitled to dismissal with prejudice).

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.